### 12821. EVANS *v.* HIGHT ACCESSORY PLACE.

STEPHENS, J. The evidence in this case being substantially the same as that in *Hight Accessory Place* v. *Lam,* 26 *Ga. App.* 163 (105 S. E. 872), which was a suit by another party against the same defendant growing out of the same transaction, and this court having held that the evidence in that case was sufficient to authorize a verdict for the plaintiff, the court erred in the instant case in directing a verdict for the defendant.

> *Judgment reversed. Jenkins, P. J., and Bell, J., concur.*
> DECIDED SEPTEMBER 30, 1922.

Action for damages; from city court of Floyd county — Judge Nunnally. June 10, 1921.

*Porter & Mebane,* for plaintiff.

*C. N. Featherston, Maddox & Doyal,* for defendant.

---

### 12822. RUSSELL *v.* HIGHT ACCESSORY PLACE.

STEPHENS, J. This case is controlled by the decision in *Evans* v. *Hight Accessory Place,* ante.

> *Judgment reversed. Jenkins, P. J., and Bell, J., concur.*
> DECIDED SEPTEMBER 30, 1922.